# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAYMOND KOUYOUMJIAN, an individual; and ANNIE KOUYOUMJIAN, an individual;<br><br>　　　　Defendants. | Case No.: 8:19-cv-00025-JVS-ADS<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. James V. Selna *presiding*] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: April 09, 2019

_____
Judge, United States District Court,
Central District of California